UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY ALBERT LEWIS, a/k/a
LEROY ALBERT LEWIS,

           Petitioner,

INTERNATIONAL MONETARY FUND,
et al.

           Defendants.
_____/

No. C 07-1008 PJH/
Related CR 05-638 SI

**ORDER VACATING BRIEFING
SCHEDULE AND HEARING**

      Given Judge Illston's subsequent order relating *and reassigning* the above civil case, the briefing schedule and hearing ordered by this court today are VACATED pending reassignment of the case to Judge Illston.

**IT IS SO ORDERED.**

Dated: February 22, 2007

 

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California