UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY ALBERT LEWIS, a/k/a
LEROY ALBERT LEWIS,

    Petitioner,

No. C 07-1008 PJH/
Related CR 05-638 SI

**ORDER VACATING BRIEFING SCHEDULE AND HEARING**

INTERNATIONAL MONETARY FUND, et al.

    Defendants.
_____/

    Given Judge Illston's subsequent order relating *and reassigning* the above civil case, the briefing schedule and hearing ordered by this court today are VACATED pending reassignment of the case to Judge Illston.

**IT IS SO ORDERED.**

Dated: February 22, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge